No. 98–7759. BARTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–7770. ANTONELLI v. HURLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–7772. SIMMONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7774. POLAND v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–7775. POLK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7777. MARSHALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7783. MUHAMMAD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7784. LEBARON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7785. LANGFORD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7787. JAMAL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7788. MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7789. MAGGARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7793. GUADALUPE ALTAMIRANO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7794. ALLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7797. CALLOWAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7804. WOODS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.